

**MEMORANDUM TO
THE CLERK OF THE COURT
EASTERN DISTRICT OF NEW YORK**

RE: JEAN MARTINEZ
WDNY DOCKET NUMBER: 20-CR-6112
<u>REQUEST FOR ASSIGNMENT OF
JUDICIAL OFFICER</u>

The above referenced individual was sentenced by the Honorable Elizabeth A. Wolford, U.S. District Judge, Western District of New York on February 10, 2021, after a plea of guilty to Possession of Cocaine with Intent to Distribute, 21 U.S.C. § 841 (a) (1), 21 U.S.C. § 841(b)(l)(C), 21 U.S.C. § 851, a Class B Felony. Martinez was sentenced to fifteen (15) months custody to be followed by a six (6) year term of supervised release. The following special condition of supervision was imposed: l) The defendant shall participate in a program for substance abuse, including substance abuse testing such as urinalysis and other testing, and shall undergo a drug/alcohol evaluation and treatment if substance abuse is indicated by the testing. The probation officer will supervise the details of any testing and treatment, including the selection of a treatment provider and schedule. If in-patient treatment is recommended, however, it must be approved by the Court unless the defendant consents. The defendant is not to leave treatment until completion or as ordered by the court. While in treatment and after discharge from treatment, the defendant is to abstain from the use of alcohol. The defendant is required to contribute to the cost of services rendered; 2) The defendant shall notify the Probation Officer of any opiate based pain medication prescribed by a doctor before the prescription is filled by a pharmacist; and 3) The defendant shall submit to a search of his person, property, vehicle, place of residence or any other property under his control, based upon reasonable suspicion, and permit confiscation of any evidence or contraband discovered. A $100 special assessment was imposed.

The purpose of this memorandum is to advise that our counterparts in the Western District of New York have requested that a Transfer of Jurisdiction be executed as evidenced by the attached signed Probation From 22. We respectfully request that a judicial officer be assigned from the Brooklyn Courthouse due to Mr. Martinez's residence in Brooklyn, NY.

Respectfully submitted,

Robert L. Capers
Chief U.S. Probation Officer

Prepared by: *Vincent Danielo*
Vincent Danielo
U.S. Probation Officer

Approved by: **Lma**  Digitally signed by Lma
Date: 2022.12.12 13:56:11 -05'00'
Lawrence M. Andres Jr.
Supervisory U.S. Probation Officer

December 12 2022